FILED
CLERK, U.S. DISTRICT COURT

MAY 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| | |
|---|---|
| MALCOM NETTLES, | NO. CV 06-778 JFW (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| D. L. RUNNELS, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 5/23/08

JOHN F. WALTER
United States District Judge